UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAGNATECH, LLC<br><br>      Plaintiff,<br><br>-against-<br><br>MAGNATECH INTERNATIONAL BV,<br><br>      Defendant. | Case No. 3:16-cv-00048<br><br><br><br><br><br><br>January 12, 2016 |

**APPEARANCE**

Please enter my appearance as attorney for the plaintiff, Magnatech, LLC, in addition to other appearances on its behalf, in the above-captioned matter.

Dated at Hartford, Connecticut this 12th day of January 2016.

        **Respectfully submitted,**

        **THE PLAINTIFF,**
        **MAGNATECH, LLC**

        By: /s/ Michael G. Chase
            Michael G. Chase
            Federal Bar No. ct28935
            Shipman & Goodwin LLP
            One Constitution Plaza
            Hartford, Connecticut 06103
            Telephone: (860) 251-5194
            Facsimile: (860) 251-5219
            E-mail: mchase@goodwin.com
            Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                            /s/ Michael G. Chase
                                                                            Michael G. Chase (ct28935)